

**Fox Rothschild LLP**
ATTORNEYS AT LAW

101 Park Avenue, 17th Floor
New York, NY 10178
T: 212.878.7900  F: 212.692.0940
www.foxrothschild.com

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/6/2020

Ernest Edward Badway
Direct Dial: 212-878-7986
E-mail: ebadway@foxrothschild.com

January 3, 2020

**VIA ECF**

The Honorable Valerie E. Caproni
United States District Judge
United States District Court
 for the Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

                                                                   19-cv-7324

      Re:     <u>Morgan v. Ales Group U.S.A. Inc.</u>, Docket No.: ~~14-cv-1264~~ (VEC)

Dear Judge Caproni:

      We represent defendant Ales Group U.S.A. Inc. ("Ales Group") in the above-referenced matter. We write, jointly, with counsel for plaintiff Jon R. Morgan ("Plaintiff"), to respectfully request a brief extension of the deadline set by this Court's Orders, dated December 4, 2019 and January 2, 2020 (collectively, the "Orders") [Dkt. Nos. 10 and 12], for submitting a request to this Court to re-open the matter. For the following reasons, we would request that the deadline for re-opening the matter be extended until Wednesday, January 8, 2020.

      This is the second time the parties have made such a request, and this Court's Order, dated January 2, 2020 [Dkt. No. 12], was the result of that first request. We now ask for additional relief. The parties have entered into a settlement, and the only item left to be finalized is the Ales Group signing the actual settlement agreement. Unfortunately, the authorized person at the Ales Group, who can sign the settlement agreement, is not in the office until next Monday, January 6, 2020, as a result of a previously scheduled holiday vacation. Once that person returns, the settlement agreement will be signed. In fact, the Ales Group considers the matter settled, and it is obligated under the parties' settlement agreement to follow through on it. Nonetheless, we are cognizant that Plaintiff is concerned about the delay, and his rights. As such, we would respectfully request a very short extension of the Orders until January 8, 2020, to

106512322.v1

A Pennsylvania Limited Liability Partnership

California   Colorado   Delaware   District of Columbia   Florida   Georgia   Illinois   Minnesota
Nevada   New Jersey   New York   North Carolina   Pennsylvania   South Carolina   Texas   Washington



The Honorable Valerie E. Caproni
January 3, 2020
Page 2

finalize this last aspect of the parties' settlement, so as to provide Plaintiff with the comfort that his rights will not in any way be abrogated.

We apologize for having to burden the Court with this issue, but it has been especially hard this holiday season to conclude this matter. We thank this Court for its consideration of the our joint request.

Respectfully submitted,

Ernest Edward Badway

cc: All counsel (*via* ECF)

Application GRANTED.

SO ORDERED.

1/6/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

106512322.v1